# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Benetech, LLC | )     ASBCA No. 59012 |
| | ) |
| Under Contract No. W912P8-11-C-0005 | ) |

APPEARANCES FOR THE APPELLANT:     Reginald M. Jones, Esq.
Nicholas T. Solosky, Esq.
  Fox Rothschild LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Judith E. Almerico, Esq.
Denise D. Frederick, Esq.
J. Emmanuel I. Santa Teresa, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District,
  New Orleans

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 25 June 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59012, Appeal of Benetech, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals